IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00006-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILIP LAVERTY GOGGIN,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the government's Motion to Dismiss [Docket No. 34]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the motion to dismiss [Docket No. 34] is granted. Counts Three and Four of the indictment are dismissed.

    DATED February _11_, 2011.

                                      BY THE COURT:

                                      PHILIP A. BRIMMER
                                      United States District Judge